AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GUANGLEI JIAO, NAN YU, RUIJI ZHAI, and YANJUN LI, on their own behalf and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> SHANG SHANG QIAN INC d/b/a Shang Shang Qian <br> et al. <br> *Defendant(s)* | Civil Action No. 18-cv-05624 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TROY LAW, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date:   10/09/2018

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

***Full Caption***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
GUANGLEI JIAO,
NAN YU,
RUIJI ZHAI, and                                             Case No. 18-cv-05624
YANJUN LI,
*on their own behalf and on behalf of others similarly situated*

        Plaintiffs,
        v.

SHANG SHANG QIAN INC
  d/b/a Shang Shang Qian;
YUAN YUAN WU
  a/k/a Andy Wu,
ZHAORUI FAN,
DAN WU
  a/k/a Stephy Wu, and
MEILING ZOU
  a/k/a Denise Zou

        Defendants.
-------------------------------------------------------X

***Defendants' Name with Address***

**SHANG SHANG QIAN INC d/b/a Shang Shang Qian**
3634 Union St, Flushing, NY 11354

**YUAN YUAN WU a/k/a Andy Wu**
3634 Union St, Flushing, NY 11354

**ZHAORUI FAN**
3634 Union St, Flushing, NY 11354

**DAN WU a/k/a Stephy Wu**
3634 Union St, Flushing, NY 11354

**MEILING ZOU a/k/a Denise Zou**
3634 Union St, Flushing, NY 11354