TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard, Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
WING KAM LI,
*on his own behalf and on behalf of others similarly situated*,

                              Plaintiff,

                              v.

KINGLY COACH, INC. d/b/a Kingly Coach; and
BWJ GROUP INC.;
SUNG AE KIM,
ANDY MENG, and
DAE KUN YI

                              Defendants.
-----------------------------------------------------------------x

**Case No. 18-cv-04614**

**REQUEST FOR
CERTIFICATE OF DEFAULT**

      On August 15, 2018, Plaintiffs initiated this case by filing their Complaint. The Summons to the Complaint against KINGLY COACH, INC. d/b/a Kingly Coach; and BWJ GROUP INC.; were issued on August 15, 2918.

      Corporate Defendants KINGLY COACH, INC. d/b/a Kingly Coach; and BWJ GROUP INC were properly served the Summons to the Complaint with Complaint pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure on October 10, 2018, and the proof of service was submitted to the Court on Ocotber 12, 2018. (Dkt. Nos. 09–10). The time for Corporate Defendants KINGLY COACH, INC. d/b/a Kingly Coach; and BWJ GROUP INC, to answer or otherwise move with respect to the Complaint expired on November 10, 2018.

      Therefore, we request a Certificate of Default. Please enter the default of Corporate Defendant KINGLY COACH, INC. d/b/a Kingly Coach; and BWJ GROUP INC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of John Troy, Esq.

Dated: July 15, 2019
       Flushing, New York

Respectfully submitted,
TROY LAW, PLLC
*Attorneys for Plaintiffs*


 /s/ John Troy
John Troy (JT0481)