**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
WING KAM LI,
*on his own behalf and on behalf of others similarly*
*situated*,

|  |  |
|---|---|
| Plaintiff, | **Case No. 18-cv-04614** |
| v. | **PROPOSED CERTIFICATE** |
| KINGLY COACH, INC. d/b/a Kingly Coach; and | **OF DEFAULT** |
| BWJ GROUP INC.; | |
| SUNG AE KIM, | |
| ANDY MENG, and | |
| DAE KUN YI | |
| | |
| Defendants. | |

-------------------------------------------------------------------x

I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Complaint was filed on August 15, 2018, and that the Summons was issued on August 15, 2018; that Corporate Defendant KINGLY COACH, INC. d/b/a Kingly Coach; and BWJ GROUP INC.; was properly served the Summons and Complaint pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure on  October 10, 2018 and the proof of service was submitted to the Court on Ocotber 12, 2018. (*See* Docket No. 08-10).

I further certify that a review of the docket entries indicates that the time for Corporate Defendants KINGLY COACH, INC. d/b/a Kingly Coach; and BWJ GROUP INC.; to answer or otherwise move with respect to the Complaint expired on November 10, 2018.

The default of Defendants KINGLY COACH, INC. d/b/a Kingly Coach; and is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated: _____, 20____
            New York, New York

1

**Douglas C. Palmer**
Clerk of the Court


By:
Deputy Clerk

2